AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

JORGE PERDOMO

*Plaintiff(s)*

v.

REGAN HOSPITALITY LLC., Florida Limited Liability Company
CHRISTOPHER REGAN, individually

*Defendant(s)*

Civil Action No. 1:26-cv-27871-MD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHRISTOPHER REGAN
7901 4th st n STE 300
St. Petersburg, FL 33702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Maria Lopez Esq.
Fla Bar No.: 1010761
Gallardo Law Firm
8492 SW 8th Street
Miami, FL 33144
305-261-7000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 5, 2026

Angela E. Noble
Clerk of Court

SUMMONS

s/ K. Riles

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| JORGE PERDOMO<br>*Plaintiff(s)*<br>v.<br>REGAN HOSPITALITY LLC., Florida Limited Liability Company<br>CHRISTOPHER REGAN, individually<br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-27871-MD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* REGAN HOSPITALITY LLC.
REGISTERED AGENT:
REGAN, CHRISTOPHER, MR
7901 4th st n STE 300
St. Petersburg, FL 33702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Maria Lopez Esq.
Fla Bar No.: 1010761
Gallardo Law Firm
8492 SW 8th Street
Miami, FL 33144
305-261-7000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

SUMMONS

Date: Nov 5, 2026

s/ K. Riles

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court